UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES GREGORY CASTILLO,<br><br>                    Plaintiff,<br><br>   v.<br><br>COUNTY OF YAKIMA, JAMES P. HAGARTY, JARED BOSWELL, BLAINE GIBSON and KENNETH RABER,<br><br>                    Defendants. | NO: CV-11-3055-JPH<br><br>ORDER STRIKING REPORT AND RECOMMENDATION AND GRANTING MOTION TO VOLUNTARILY DISMISS |

     By Order filed October 20, 2011, the Court reserved ruling on the Report and Recommendation to dismiss the First Amended Complaint and granted Mr. Castillo a second opportunity to amend or voluntarily dismiss, ECF No. 11. Plaintiff has filed a Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a), ECF No. 13.

     Accordingly, **IT IS ORDERED** the Report and Recommendation, ECF No. 9, is **STRICKEN.** Because Defendants have not been served in this action, **IT IS**

ORDER STRIKING REPORT AND RECOMMENDATION
AND GRANTING MOTION TO VOLUNTARILY DISMISS -- 1

1    **ORDERED** Plaintiff's Motion, ECF No. 13, is **GRANTED** and the Complaint is

2    **DISMISSED WITHOUT PREJUDICE**.  Although granted the opportunity to do

3    so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining

4    balance of the filing fee as directed.  Therefore, Plaintiff still is obliged to pay the

5    full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

6    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

7    Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff,

8    and close the file.

9    **DATED** this 5th day of December 2011.

    *s/ Rosanna Malouf Peterson*
    ROSANNA MALOUF PETERSON
    Chief United States District Court Judge

ORDER STRIKING REPORT AND RECOMMENDATION
AND GRANTING MOTION TO VOLUNTARILY DISMISS -- 1