AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JAMES GREGORY CASTILLO,

              Plaintiff,

              v.

COUNTY OF YAKIMA, JAMES P. HAGARTY, JARED BOSWELL, BLAINE GIBSON and KENNETH RABER,

              Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-3055-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  Plaintiff's Motion, ECF No. 13, is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.

December 5, 2011　　　　　　　　　　　　JAMES R. LARSEN
*Date*　　　　　　　　　　　　　　　　　　*Clerk*
　　　　　　　　　　　　　　　　　　　　s/ Sheila Parpolia
　　　　　　　　　　　　　　　　　　　　*(By) Deputy Clerk*
　　　　　　　　　　　　　　　　　　　　Sheila Parpolia